UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-7969-SVW-GJS | Date | October 14, 2015 |
|---|---|---|---|
| Title | *Chong Hee Lee v. Kuy Nam Ko et al* | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**       IN CHAMBERS ORDER REMANDING CASE TO STATE COURT

Plaintiff Chong Hee Lee filed an unlawful detainer action against Defendants Kuy Nam Ko et al in the Los Angeles County Superior Court on September 11, 2015. Defendants filed an answer on September 14, 2015. On October 9, 2015, Defendants removed the case here, alleging federal jurisdiction under 28 U.S.C. §§ 1441 and 1446.

There is a "strong presumption" against removal jurisdiction. *Gaus v. Miles, Inc.*, 980 F.2d 564, 567 (9th Cir. 1992); 28 U.S.C. § 1441. In seeking removal, the defendant bears the burden of establishing jurisdiction. *Scott v. Breeland*, 792 F.2d 925, 927 (9th Cir. 1986). Defendants contend that removal is proper in this case because Plaintiff violated their rights under the Americans with Disabilities Act, reasonable accommodation laws, and the Federal Housing Act.

"The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Wayne v. DHL Worldwide Express*, 294 F.3d 1179, 1183 (9th Cir. 2002) (citation and internal quotation marks omitted). "[A] case may *not* be removed to federal court on the basis of a federal defense . . . even if the defense is anticipated in the plaintiff's complaint, and even if both parties concede that the federal defense is the only question truly at issue." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 393 (1987) (emphasis original). Plaintiff's complaint states a single claim for unlawful detainer, which is purely a matter of California law. On its face, therefore, the complaint shows no basis for federal question jurisdiction.

The Court lacks jurisdiction over the subject matter of this case. The Clerk shall REMAND the

|  | : |  |
|---|---|---|
| Initials of Preparer | | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-7969-SVW-GJS | Date | October 14, 2015 |
|---|---|---|---|
| Title | *Chong Hee Lee v. Kuy Nam Ko et al* | | |

case to the Los Angeles County Superior Court. JS - 6

:

Initials of Preparer       PMC